■ NOCHEM PINSON, Individually and as Administrator of the Estate of LUBA PINSON, Deceased, Respondent, v CHRYSLER MOTORS CORPORATION, Respondent, and DEITSCH PLASTICS CORPORATION, INC., et al., Appellants.— Order of the Supreme Court, Kings County, entered September 28, 1976, affirmed insofar as appealed from, with one bill of $50 costs and disbursements payable to the plaintiff-respondent (see *McKay v Syracuse R. T. Ry. Co.*, 208 NY 359; *Guilmette v Ritayik*, 39 AD2d 339). Lazer, J. P., Gulotta, Margett and Weinstein, JJ., concur.